**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \*

| | |
|---|---|
| KENNETH SWIERSKI, | Case No. 2:15-cv-00434-APG-CWH |
| Plaintiff, | |
| v. | **ORDER DIRECTING PARTIES TO FILE PROPOSED JOINT PRETRIAL ORDER** |
| BOWTECH, INC., *et al.*, | |
| Defendants. | |

The proposed joint pretrial order was due on August 12, 2016. ECF No. 24. The parties did not file one as required.

IT IS THEREFORE ORDERED that the parties shall file a proposed joint pretrial order on or before September 1, 2016.

DATED this 18th day of August, 2016.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE