LOREN S. YOUNG, ESQ.
Nevada Bar Number 7567
LINCOLN, GUSTAFSON & CERCOS LLP
3960 Howard Hughes Parkway, Suite 200
Las Vegas, Nevada 89169
Telephone:   (702) 257-1997
Facsimile:   (702) 257-2203
lyoung@lgclawoffice.com

ANTHONY M. PISCIOTTI, ESQ. (pro hac vice)
DANNY C. LALLIS, ESQ. (pro hac vice)
PISCIOTTI MALSCH, P.C.
30 Columbia Turnpike, Suite 205
Florham Park, New Jersey 07932
Telephone:   (973) 245-8100
Facsimile:   (973) 245-8101
apisciotti@pmlegalfirm.com
dlallis@pmlegalfirm.com

*Attorneys for Defendant/Cross-Defendant,
Bowtech, Inc. d/b/a Diamond Archery*

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| KENNETH SWIERSKI,<br><br>  Plaintiff,<br><br>v.<br><br>BOWTECH, INC. d/b/a DIAMOND ARCHERY, a Delaware Corporation, SPORTSMAN'S WAREHOUSE, INC., a Utah Corporation, DOES I – X, and ROE BUSINESS ENTITIES XI – XX,<br><br>  Defendants. | CASE NO.: 2:15-cv-00434-APG-CWH<br><br>**STIPULATION AND ORDER FOR DISMISSAL, WITH PREJUDICE** |

IT IS HEREBY STIPULATED by and between Plaintiff, KENNETH SWIERSKI, by and through his undersigned counsel of record, CLAGGETT & SYKES LAW FIRM, Defendant/Cross-Defendant, BOWTECH, INC. d/b/a DIAMOND ARCHERY, by and through its undersigned counsel of record, LINCOLN, GUSTAFSON & CERCOS, LLP and PISCIOTTTI MALSCH, P.C., and Defendant/Cross-Claimant, SPORTSMAN'S WAREHOUSE, INC., by and

1 | through its undersigned counsel of record, LAW OFFICE OF KENNETH E. GOATES, that the
2 | Complaint filed by KENNETH SWIERSKI against Defendants, BOWTECH, INC. d/b/a
3 | DIAMOND ARCHERY and SPORTSMAN'S WAREHOUSE, INC., and the Cross-Claim filed
4 | by SPORTSMAN'S WAREHOUSE, INC. against Cross-Defendant, BOWTECH, INC. d/b/a
5 | DIAMOND ARCHERY, are hereby dismissed, with prejudice, with each party to bear their own
6 | attorney's fees and costs.

7 | Respectfully submitted this 30 day of August, 2016.

8 | **LINCOLN, GUSTAFSON & CERCOS, LLP**          **CLAGGETT & SYKES LAW FIRM**

10 | _____                    _____
LOREN S. YOUNG, ESQ.                             WILLIAM T. SYKES, ESQ.
11 | Nevada Bar No. 7567                          Nevada Bar No. 9916
3960 Howard Hughes Parkway, Suite 200            4101 Meadows Lane, Suite 100
12 | Las Vegas, NV  89169                         Las Vegas, NV  89107
                                                 Attorneys for Plaintiff,
13 | and                                          KENNETH SWIERSKI

14 |
ANTHONY M. PISCIOTTI, ESQ. (PHV)
15 | DANNY C. LALLIS, ESQ. (PHV)
30 Columbia Turnpike, Suite 205
16 | Florham Park, New Jersey 07932

17 | Attorneys for Defendant/Cross-Defendant,
18 | BOWTECH, INC. d/b/a DIAMOND ARCHERY

19 |

20 | LAW OFFICE OF KENNETH E. GOATES

21 |
        _____
22 | KENNETH E. GOATES, ESQ
23 | Nevada Bar No. 8087
3993 Howard Hughes Parkway, Suite 270
24 | Las Vegas, NV  89169
Attorneys for Defendant/Cross-Claimant,
25 | SPORTSMAN'S WAREHOUSE, INC.

26 | ///
27 | ///
28 | ///

2

1 through its undersigned counsel of record, LAW OFFICE OF KENNETH E. GOATES, that the
2 Complaint filed by KENNETH SWIERSKI against Defendants, BOWTECH, INC. d/b/a
3 DIAMOND ARCHERY and SPORTSMAN'S WAREHOUSE, INC., and the Cross-Claim filed
4 by SPORTSMAN'S WAREHOUSE, INC. against Cross-Defendant, BOWTECH, INC. d/b/a
5 DIAMOND ARCHERY, are hereby dismissed, with prejudice, with each party to bear their own
6 attorney's fees and costs.

7     Respectfully submitted this ____ day of August, 2016.

| LINCOLN, GUSTAFSON & CERCOS, LLP | CLAGGETT & SYKES LAW FIRM |
|---|---|
| /s/ | /s/ |
| LOREN S. YOUNG, ESQ. | WILLIAM T. SYKES, ESQ. |
| Nevada Bar No. 7567 | Nevada Bar No. 9916 |
| 3960 Howard Hughes Parkway, Suite 200 | 4101 Meadows Lane, Suite 100 |
| Las Vegas, NV 89169 | Las Vegas, NV 89107 |
| | Attorneys for Plaintiff, |
| and | KENNETH SWIERSKI |

ANTHONY M. PISCIOTTI, ESQ. (PHV)
DANNY C. LALLIS, ESQ. (PHV)
30 Columbia Turnpike, Suite 205
Florham Park, New Jersey 07932

Attorneys for Defendant/Cross-Defendant,
BOWTECH, INC. d/b/a DIAMOND ARCHERY

LAW OFFICE OF KENNETH E. GOATES

/s/
KENNETH E. GOATES, ESQ
Nevada Bar No. 8087
3993 Howard Hughes Parkway, Suite 270
Las Vegas, NV 89169
Attorneys for Defendant/Cross-Claimant,
SPORTSMAN'S WAREHOUSE, INC.

///
///
///

2

## ORDER

IT IS SO ORDERED that the Complaint filed by Plaintiff, KENNETH SWIERSKI, and the Cross-Claim filed by Defendant/Cross-Claimant, SPORTSMAN'S WAREHOUSE, INC., are hereby dismissed, with prejudice, with each party to bear their own attorney's fees and costs.

Dated: August 30, 2016.

_____
UNITED STATES DISTRICT JUDGE

Submitted by:

LINCOLN, GUSTAFSON & CERCOS, LLP

_____
LOREN S. YOUNG, ESQ.
Nevada Bar No. 7567
3960 Howard Hughes Parkway, Suite 200
Las Vegas, NV 89169-5968

and

ANTHONY M. PISCIOTTI, ESQ. (PHV)
DANNY C. LALLIS, ESQ. (PHV)
PISCIOTTI MALSCH, P.C.
30 Columbia Turnpike, Suite 205
Florham Park, NJ 07932

Attorneys for Defendant/Cross-Defendant,
BOWTECH, INC. d/b/a DIAMOND ARCHERY

v:\p-t\swierski_bowtech\atty notes\drafts\pldgs\20160802_sdsm_bjp.doc